IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JOVAN MONTEE HOLEMAN JR. | **I N D I C T M E N T**<br><br>Case No. _____<br><br>Violation:  18 U.S.C. §§ 922(g)(1), 924(a)(8), and 2 |

**Possession of Ammunition by a Convicted Felon**

The Grand Jury Charges:

On or about February 27, 2025, in the District of North Dakota,

JOVAN MONTEE HOLEMAN JR.,

knowing that he had previously been convicted in any court of a crime punishable by imprisonment for a term exceeding one year, to wit:

1. Theft of Property, a Class C felony, in violation of N.D. Cent. Code §§ 12.1-23-02(3), 12.1-23-05(3)(d), and 12.1-32-01(4), in State of North Dakota, County of Cass, East Central Judicial District, Case Number 09-2024-CR-2342, convicted on or about October 7, 2024; and

2. Unlawful Possession of a Firearm, a Class C felony, in violation of N.D. Cent. Code §§ 62.1-02-01(1)(b), 62.1-02(01)(1), and 12.1-32-01(4), in State of North Dakota, County of Cass, East Central Judicial District, Case Number 09-2024-CR-2342, convicted on or about October 7, 2024;

did knowingly possess in and affecting commerce ammunition, that is,

16 rounds of Fiocchi-manufactured 9mm ammunition;

In violation of Title 18, United States Code, Sections 922(g)(1), 924(a)(8), and 2.

A TRUE BILL:

/s/ Foreperson
Foreperson

/s/ Jennifer Klemetsrud Puhl
JENNIFER KLEMETSRUD PUHL
Acting United States Attorney

JTR/ak