UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOVAN MONTEE HOLEMAN JR.,<br><br>Defendant. | Cr. No. 3:25-cr-109<br><br>**DEFENDANT'S MOTION TO CONTINUE SENTENCING HEARING** |

Jovan Holeman's sentencing hearing is scheduled for February 6, 2026. Counsel asks the Court to continue his hearing for the following reasons:

Due to substantial changes to the Presentence Investigation Report ("PSIR"), defense counsel needs additional time to respond and prepare for sentencing.

Based on the foregoing, Mr. Holeman moves the Court for an Order continuing the February 6, 2026, hearing for a period of one month.

Dated this 27th day of January, 2026.

                        Respectfully submitted,

                        JASON J. TUPMAN
                        Federal Public Defender
                        By:

                        <u>/s/   Rhiannon Gorham</u>
                        Rhiannon Gorham
                        Assistant Federal Public Defender
                        Attorney for Defendant
                        Office of the Federal Public Defender
                        Districts of South Dakota and North Dakota
                        112 Roberts Street North, Suite 200
                        Fargo, ND 58102
                        Telephone: 701-239-5111
                        Facsimile:  701-239-5098
                        filinguser_SDND@fd.org