IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOVAN MONTEE HOLEMAN JR.,<br><br>Defendant. | Case No. 3:25-cr-109<br><br>**UNITED STATES' MOTION TO CONTINUE SENTENCING** |

The United States of America moves to continue the April 3 sentencing, because the undersigned AUSA is unavailable due to Good Friday leave. Ordinarily, the undersigned would have another AUSA cover the sentence hearing instead. There is more in play here, however, than usual. The base offense level is likely to be contested as well as some adjustments, necessitating a presentation of evidence that exceeds the ordinary demands of a prosecutor at sentencing. If the Court denies the Motion, the undersigned will find a capable colleague to cover dutifully, but the Court should grant the Motion so the undersigned may carry out this responsibility himself. Plus, counsel for Holeman has no objection. For these reasons, the Court should continue sentencing.

Dated and respectfully submitted:  February 26, 2026

                                        NICHOLAS W. CHASE
                                        United States Attorney

By:  /s/ *Jacob T. Rodenbiker*
        JACOB T. RODENBIKER
        Assistant United States Attorney
        655 First Avenue North, Suite 250
        Fargo, North Dakota 58102-4932
        jake.rodenbiker@usdoj.gov
        (701) 297-7400