IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

UNITED STATES OF AMERICA,

        Plaintiff,

        v.

JOVAN MONTEE HOLEMAN JR.,

        Defendant.

Case No. 3:25-cr-109

**UNITED STATES' MOTION TO CONTINUE SENTENCING**

The United States of America moves to continue the April 8 sentencing for two reasons. First, the undersigned AUSA may be on official travel out of the district that week. More importantly, additional discovery was received yesterday that may affect the drafting of the Presentence Investigation Report and the parties' positions on the Report. The undersigned has conferred with opposing counsel and the assigned probation officer: neither objects to resetting the hearing for at least one month.[1] For these reasons, the United States respectfully requests the Court continue sentencing accordingly.

        Dated:  March 26, 2026

                                NICHOLAS W. CHASE
                                United States Attorney

        By:    /s/ *Jacob T. Rodenbiker*
               JACOB T. RODENBIKER
               Assistant United States Attorney
               655 First Avenue North, Suite 250
               Fargo, North Dakota 58102-4932
               jake.rodenbiker@usdoj.gov
               (701) 297-7400

---

[1] The oversigned will be out of the country April 28 through May 5.