UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOVAN MONTEE HOLEMAN, JR.,<br><br>Defendant. | Cr. No. 3:25-cr-109<br><br>**DEFENDANT'S MOTION TO RESCHEDULE SENTENCING HEARING** |

Jovan Montee Holeman, Jr.'s sentencing hearing is scheduled for June 30, 2026. Counsel asks the Court to reschedule his hearing to an earlier date for the following reasons:

The sentencing hearing was originally scheduled for February 6, 2026, and has been continued three times due to substantial changes to the Presentence Investigation Report, contested sentencing issues, and receipt of additional discovery.[1] The parties have come to an agreement on the formerly contested issues.

Mr. Holeman is requesting that his sentencing hearing be moved to the next available hearing time prior to June 30, 2026. For scheduling purposes, counsel will be out of the office May 26-29, 2026, for the National Defender Conference and June 10-15, 2026, for previously scheduled leave.

Counsel communicated with Assistant U.S. Attorney David Rappenecker and he does not object to the motion.

---

[1] Docs. 26, 28, and 30.

Dated this 24th day of April, 2026.

Respectfully submitted,

JASON J. TUPMAN
Federal Public Defender
By:

*/s/   Rhiannon Gorham*
Rhiannon Gorham
Assistant Federal Public Defender
Attorney for Defendant
Office of the Federal Public Defender
Districts of South Dakota and North Dakota
Federal Square, Second Floor
112 Roberts Street North, Suite 200
Fargo, ND 58102
Telephone: 701-239-5111; Facsimile:  701-239-5098
filinguser_SDND@fd.org